## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

STEPHEN PRESSLER, on behalf of himself               PLAINTIFF
and all other similarly situated employees

v.                        NO. 4:09CV00676 JLH

FTS USA, LLC                                         DEFENDANT

### ORDER

Byron F. Freeland, local counsel for the defendant, has filed a motion for admission *pro hac vice* on behalf of Eric J. Bronstein. The motion is GRANTED. Document #25. Eric J. Bronstein is hereby admitted to appear before this Court *pro hac vice* as co-counsel for the defendant in this action.

IT IS SO ORDERED this 28th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE