IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN PRESSLER, on behalf of                                                          PLAINTIFFS
himself and all other similarly
situated employees

v.                    CASE NO. 4:09-CV-00676 DPM-JTK

FTS USA, LLC                                                                            DEFENDANT

## ORDER

A settlement conference in this matter is scheduled for July 23, 2010. The parties have contacted the Court and now filed a Joint Stipulation for Continuance. The Court hereby considers the joint stipulation as the parties' request for a motion for continuance. Said motion is GRANTED.

It is the Court's understanding that the parties have requested some additional time for case preparation. The Court reminds the parties that this matter is set for trial sometime during the week of December 13, 2010, and United States District Court Judge D.P. Marshall, Jr., has ordered that a settlement conference take place prior to October 15, 2010. See Order (DE #40). Therefore, the parties are ordered to contact the undersigned no later than August 16, 2010, for rescheduling of this conference.

SO ORDERED this 21st day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE