IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN PRESSLER                                                                                PLAINTIFF

v.                              Case No. 4:09-cv-676-DPM

FTS USA, LLC                                                                                    DEFENDANT

JUDGMENT

The Court grants Stephen Pressler judgment against FTS USA, LLC on his overtime claims. He is awarded $4,420.38 in actual damages and an equal amount in liquidated damages, for a total of $8,840.76. Pressler's minimum-wage claims against FTS are dismissed with prejudice. Pressler is also awarded $50,073.75 in attorneys' fees and $3,307.60 in costs. *Document No. 125*. The total amount of the Judgment is $62,222.11, which shall bear post-judgment interest at 0.19% per annum from this order's date until the judgment is paid. 28 U.S.C.A. § 1961(a)-(b) (West 2006).

*[signature]*

D.P. Marshall Jr.
United States District Judge

3 June 2011